IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 4:03cr43(5) |
| | : | |
| v. | : | Judge Jones |
| | : | |
| ALFRED SLAUGHTER | : | |
| | : | |
| Defendant. | : | |

**MEMORANDUM AND ORDER**

August 1, 2005

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court is a Motion to Withdraw Guilty Plea (doc. 315) and a Motion to Continue Jury Selection and Trial (doc. 317) filed by the defendant, Alfred Slaughter ("Defendant" or "Slaughter"), on July 28, 2005.

A plea agreement was signed by counsel and Slaughter in the above-captioned case; however, Slaughter subsequently filed a Motion to Withdraw Guilty Plea indicating that he no longer desired to plead guilty to Count 4 of the First Superseding Indictment. In a proceeding before the Court on this day, which was originally scheduled as a change of plea hearing, we conducted a discussion with counsel and Slaughter on the record. Both Slaughter and his counsel agreed that the said Motion to Continue Jury Selection and Trial should be amended such that trial will take place in November, 2005. The Government did not oppose this

amendment. Likewise, the Court advised Slaughter of the consequences of the withdrawal of his plea agreement and further that his present counsel would continue to represent Slaughter through the trial. Slaughter voiced no objections in that regard. The following order will memorialize what we announced on the bench today.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Alfred Slaughter's Motion to Continue Jury Selection and Trial (doc. 317) is GRANTED to the extent that the trial of this matter will be continued from the August 2005 term.

2. Defense counsel's oral request to amend the Motion to Continue (doc. 317) seeking a continuance of this case to the November 2005 trial term, rather than the October 2005 trial term, is GRANTED.

2. Alfred Slaughter's Motion to Withdraw Guilty Plea (doc. 315) is DENIED as moot as the Court granted defense counsel's oral Motion to Continue Jury Selection and Trial under the November term.

3. Alfred Slaughter's Pre-Trial Motion in Limine (doc. 300) is WITHDRAWN as requested by defense counsel.

4. Slaughter shall have thirty (30) days from the date of this Order to file all Motions in Limine in the above-captioned case.

5.      Jury selection is set for November 3, 2005 in Williamsport, Pennsylvania.

s/ John E. Jones III
John E. Jones III
United States District Judge
