IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | No. 4:03-CR-43(5) |
| | : | |
| v. | : | Judge Jones |
| | : | |
| ALFRED SLAUGHTER, | : | |
| Defendant | : | |

**ORDER**

January 26, 2006

**THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:**

Pending before the Court is Defendant Alfred Slaughter's Ex Parte Motion for Reconsideration of Motion for Investigative Services Pursuant to 18 U.S.C. §3006A(e)(1) ("the Motion"). (Rec. Doc. 383). Attached to the Motion is correspondence from the investigator that apparently tries to meet this Court's objections to the investigator's expenses as outlined in our Order of December 2, 2005. (Rec. Doc. 378). For the following reasons, the Motion is denied.

After reviewing the Motion and the attached correspondence from the investigator, we see no reason to alter our Order of December 2, 2005. Defense counsel should have approached the Court for authorization for additional expenditures prior to allowing the investigator to proceed, especially in light of the

allegation of the investigator that defense counsel assured him he would be paid for the time spent in court.  Further we note that authorized amount of $2,600 appears to this Court to be adequate compensation for the investigator's work on this case.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

    1.    Defendant's Motion (doc. 383) is DENIED.

                                                        <u>s/ John E. Jones III</u>
                                                        John E. Jones III
                                                        United States District Judge